**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR TEMPORARY** |
| | ) | **DETENTION** |
| vs. | ) | |
| | ) | |
| Jordan Scott Christiansen, | ) | |
| | ) | Case No. 4:13-mj-180 |
| Defendant. | ) | |

On October 16, 2013, the court held a detention hearing in the above-captioned case. AUSA Gary Delorme appeared on the Government's behalf. AFPD Heather Mitchell appeared on Defendant's behalf.

Based on the information presented at the hearing, including the information in the bond report, the court concluded the Government proved by clear and convincing evidence that Defendant posed a danger to the community. However, the court concluded that it could likely impose release conditions that would ensure the safety of the community if certain information provided by Defendant was confirmed. Therefore, pending confirmation of that information, the court **ORDERS** Defendant detained until further order by the court.

Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
